Peter E. Root (State Bar No. 142348)
Email address:  peter.root@kayescholer.com
Sean Boyle (State Bar No. 238128)
Email address:  sean.boyle@kayescholer.com
Ross Allen (State Bar No. 262968)
Email address:  ross.allen@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306
Telephone:  (650) 319-4500
Facsimile:  (650) 319-4700

Attorneys for Plaintiffs
SQNT SHOP, VENICE ASUNCION, AND
WARREN GARPERIO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQNT SHOP, a California partnership; VENICE ASUNCION, an individual; and WARREN GARPERIO, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW S. CORRIDAN, an individual,<br><br>　　　　　Defendant. | Case No.  C 13-00842 NC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs SQNT Shop, Venice Asuncion and Warren Garperio hereby dismiss without prejudice this action and all claims therein.

Dated:  May 8, 2013            Respectfully submitted,

KAYE SCHOLER LLP

By: */s/ Sean Boyle*
    Sean Boyle
Attorneys for Plaintiffs

**SO ORDERED:**

Dated: May 8, 2013



NOTICE OF DISMISSAL W/O PREJUDICE      C 13-00842 NC